

**COHEN WEISS AND SIMON LLP**

Michael S. Adler, Partner
Tel:   212.356.0251
Fax:   646.473.8251
madler@cwsny.com
www.cwsny.com

900 Third Avenue, Suite 2100 • New York, NY 10022-4869

June 14, 2021

**MEMO ENDORSED**

Via Electronic Case Filing

Honorable Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

    Re:    Teamsters Local 456 Pension Funds, et al. v. The
            Greens Farms Company, Inc. d/b/a Greens Farms
            Trucking Company, et al., Civil Action No. 7:20-cv-01502 (NSR)

Dear Judge Roman:

We represent the Plaintiffs in the above-referenced action.

We write to respectfully request an extension of time, to July 9, 2021, to either dismiss the lawsuit or file a motion for default judgment.

The reason for this request is that over the past few weeks the Defendants have been having discussions, both with our office and the Plaintiff Funds Office about various terms of settlement. These discussions continue, and it is to all parties' advantage that legal fees at this time not be expended on a default motion.

We thank the Court for its consideration of this matter.

Respectfully submitted,

*Michael S. Adler*

Michael S. Adler

cc by email:
    greensfarmstrucking@aol.com

9676722 1

---

Plaintiffs' application is GRANTED. Plaintiffs are to update the Court on, or before, July 9, 2021 as to whether they intend to move to dismiss the case or move for default judgment. The Court will consider any such application at that time. Plaintiffs are directed to serve a copy of this Endorsement on Defendants and show proof of service on the docket. The Clerk of the Court is directed to terminate the Motion at ECF No. 20.

Dated: June 14, 2021
       White Plains, NY

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/14/2021